```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 06135
    KEVIN A KEYES
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-5686

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/05/2007 and was confirmed 07/16/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/10/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
-------------------------------------------------------------------------------
OPTION ONE MORTGAGE        CURRENT MORTG         .00            .00             .00
OPTION ONE MORTGAGE        MORTGAGE ARRE      493.94            .00          493.94
OPTION ONE MORTGAGE CO     NOTICE ONLY    NOT FILED            .00             .00
CITY OF CHICAGO PARKING    UNSEC W/INTER    1517.50            .00             .00
COOK COUNTY TREASURER      SECURED NOT I        .00            .00             .00
ILLINOIS DEPT OF REVENUE   NOTICE ONLY    NOT FILED            .00             .00
ILLINOIS DEPT OF TRANSPO   NOTICE ONLY    NOT FILED            .00             .00
INTERNAL REVENUE SERVICE   PRIORITY         6385.40            .00             .00
ILLINOIS SECRETARY OF ST   NOTICE ONLY    NOT FILED            .00             .00
HITCHCOCK AND ASSOCIATES   PRIORITY       NOT FILED            .00             .00
DISH NETWORK               UNSEC W/INTER NOT FILED             .00             .00
FFCC-COLUMBUS INC          UNSEC W/INTER     985.00            .00             .00
PREMIER BANCARD CHARTER    UNSEC W/INTER     483.14            .00             .00
FIRST PREMIER BANK         UNSEC W/INTER NOT FILED             .00             .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER    3921.78            .00             .00
HSBC NV                    UNSEC W/INTER     624.90            .00             .00
RUSH UNIVERSITY MEDICAL    UNSEC W/INTER     146.48            .00             .00
NEW MILLENNIUM BANK        UNSEC W/INTER NOT FILED             .00             .00
SAM'S CLUB                 UNSEC W/INTER NOT FILED             .00             .00
PEOPLES GAS LIGHT & COKE   UNSEC W/INTER NOT FILED             .00             .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER    1608.53            .00             .00
COOK COUNTY TREASURER      SECURED          1000.95            .00           83.40
INTERNAL REVENUE SERVICE   UNSEC W/INTER    2121.01            .00             .00
ROUNDUP FUNDING LLC        UNSEC W/INTER     468.04            .00             .00
JEFFERSON CAPITAL SYSTEM   UNSEC W/INTER    1310.33            .00             .00
COMMONWEALTH EDISON        UNSEC W/INTER     514.40            .00             .00
THOMAS R HITCHCOCK         DEBTOR ATTY     1,964.50                        1,964.50
TOM VAUGHN                 TRUSTEE                                           188.16
DEBTOR REFUND              REFUND                                              .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 06135 KEVIN A KEYES
```

```
                          RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                   2,730.00

PRIORITY                                              .00
SECURED                                            577.34
UNSECURED                                             .00
ADMINISTRATIVE                                   1,964.50
TRUSTEE COMPENSATION                               188.16
DEBTOR REFUND                                         .00
                       ---------------      ---------------
TOTALS                    2,730.00              2,730.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
    Dated: 03/26/08       _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                          PAGE   2
        CASE NO. 07 B 06135 KEVIN A KEYES